

**Andrew P. Slania**
Partner

2402 Dunlavy Street
Houston, Texas 77006
aslania@raiznerlaw.com

d: 713.554.9085
o: 713.554.9099
f: 713.554.9098

April 12, 2018

*Vía Email:* Byron_Thomas@txs.uscourts.gov
Honorable Judge Vanessa D. Gilmore
United States Courthouse
515 Rusk Ave., Suite 5300
Houston, Texas 77002

Re: **Settlement Notification:** Cause No. 4:17-cv-02956; *Cheeku, LLC dba Scottish Inn & Suites v. Scottsdale Insurance Company, et al.*

Dear Judge Gilmore:

The Parties announce that the above-referenced case has settled. We expect to file dismissal papers in the next 30 days. Please let us know if you have any questions.

Sincerely,

Andrew P. Slania

APS/al

cc:
George H. Arnold, garnold@thompsoncoe.com
Todd M. Lonergan, tlonergan@thompsoncoe.com

www.raiznerlaw.com