United States District Court
Southern District of Texas

**ENTERED**

May 03, 2018

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEEKU, LLC D/B/A SCOTTISH INN & SUITES | § § § | |
| | § | Case No. 4:17-cv-02956 |
| v. | § | |
| | § | |
| SCOTTSDALE INSURANCE COMPANY | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Agreed Motion to Dismiss with Prejudice urged by

Plaintiff Cheeku, LLC dba Scottish Inn & Suites and Defendant Scottsdale Insurance Company,

is of the opinion that the Motion is well taken, and should be and is hereby **GRANTED** in its

entirety.

It is therefore, **ORDERED** that this case is **DISMISSED WITH PREJUDICE** with

each party to bear their own costs.

Signed this __3rd__ day of _____May_____, 2018.

_____
HONORABLE JUDGE VANESSA GILMORE